■ Fatima Elkrichi, Respondent, v Flushing Hospital Medical Center, Inc., et al., Defendants, and Ravi Loona, Appellant. [745 NYS2d 916]

In opposition to the appellant's demonstration of entitlement to judgment as a matter of law dismissing the complaint insofar as asserted against him, the plaintiff failed to raise a triable issue of fact on either the cause of action to recover damages for medical malpractice or lack of informed consent (see Public Health Law § 2805-d [1], [3]; Wilson v Buffa, 294 AD2d 357;

*Prestia v Mathur,* 293 AD2d 729; *Dunlop v Sivaraman,* 272 AD2d 570; *Faulknor v Shnayerson,* 273 AD2d 271). Accordingly, the Supreme Court erred in denying the motion for summary judgment. Ritter, J.P., Feuerstein, Smith and Adams, JJ., concur.